UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07CR208 |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| BILLY LEWIS DOUGLAS | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment as to defendant **BILLY LEWIS DOUGLAS** in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Federal Defender's Office and the United States Attorney's Office.

This 12 day of July, 2011.

MAX O. COGBURN, JR
UNITED STATES DISTRICT JUDGE